

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WESTLEY KETZLER
504 WESTERN AVENUE
BRISTOL, PENNSYLVANIA 19007
    vs.
CHRISTOPHER M. MALLONE (ET.AL)
1910 ROUTE 70 EAST SUIT # 7
CHERRY HILL, NEW JERSEY 0803

CIVIL ACTION NO. _____

## **COMPLAINT**

    I the plaintiff in the blue captioned federal Civil Complaint Westley A Ketzler have filed this civil action due to the action / injustice that has been performed in violation of myself by the mentioned parties

    To the best of my knowledge I will describe breefly what actions occured and where the attorney I paid thousands of dollars to in a effort to defend myself has not only proposed not to properly represent his client but then in the recent past refused to respond to any correspondence from the plaintiff.

Mr Mallone actions being very non professional

_____
Signature

504 WESTERN AVENUE

BRISTOL, PENNA 19007
Address

BUCKS COUNTY DISTRICT
ATTORNIES OFFICE
C/O BUCKS COUNTY COURT HOUSE
55 EAST COURT STREET
DOYLESTOWN PENNSYLVANIA
18901

MONICA W FURBER
BUCKS COUNTY DISTRICT ATTORNEY
C/O BUCKS COUNTY DISTRICT
BUCKS COUNTY COURT HOUSE
55 EAST COURT STREET
DOYLESTOWN, PENNSYLVANIA
19901

MARTIAL BELINSKY
C/O FALLS TOWNSHIP POLICE
188 LINCOLN HIGHWAY
FAIRLESS HILLS, PENNA

FALLS TOWNSHIP POLICE
C/O FALLS TOWNSHIP
188 LINCOLN HIGHWAY
FAIRLESS, HILLS, PENNA

# CONTACT INFORMATION SHEET

**Civil Action No.:** _____

**Name:** _____WESTLEY A RETZLER_____
**(Please print)**

**Address:** _____504 WESTERN AVENUE_____

_____BRISTOL , PENNSYLVANIA_____

**Phone #:** _____215 785 0154_____
**(Include area code)**

**E-mail address:** _____

I the plaintiff Westly A Ketzler
first met with attorney Christopher Marrone
in early august 2006 in reference to
charges brought against me, the plaintiff
Through the Bucks County District Attorney
office.
These charges were in reference to the
Estate of Ethel T. Winkelspecht my late
grand mother. I was being charged
with the theft of more than twenty
one thousand dollars from her estate.
    Laura Warden and the plaintiff
Westly Ketzler drove to the office of
Christopher Marrone in Cherry Hill,
New Jersey to attain him as a council
to represent Westly Ketzler against the
charges brought upon him by the office
of the Bucks County District Attorney.
Commonwealth of Penna V.S Westly Ketzler.
    In the initial meeting there was no
discussion of how to proceed as
Christopher Marrone stated that he
needed to obtain discovery and read
thru the documentation first. At
that time Christopher Marrone was
given Five Thousand Dollars to
represent M/r Westly Ketzler as council
We departed and awaited a phone
call to set the next meeting.

On 25 September 2006 I the plaintiff Westley Zegler received a telephone message from Christopher Marrone and on 26 September we Westley Zegler and Janua Warden were notified the case had been continued by Christopher Marrone and Monica Furber of the Bucks County District Attorneys Office.

A appointment was set eventually for 13 October 2006 at 1:00 at that time Christopher Marrone was given 2500 Two Thousand Five Hundred more for his representation and we had no discussion on how he would defend the case. He ask the plaintiff Westley Zegler " You tell me how would you suggest I can defend you Westley".

I, the plaintiff was not the attorney this is what I paid Mr Marrone to do. He Christopher Marrone advised me that it would be in my best intrest to plea guilty and have no trial and in return the charges would be reduced by Monica Furber in the District attorney Office of Bucks County stating that three of the five counts of Theft would be dropped and Theft by failure to Make Required Disposition of Funds would be lesser to a Misdemeanor in lieu of felony.

Little was I the plaintiff Westly Litzler aware that Christopher Marrone my council whom was to act in my behalf and in my best intrest was infact not doing so at all but had in fact sold out his client to the Bucks County District Attorneys Office in lieu of being able to make such arraingments for future clients. This was mentioned to a aquaintance of ours by Christopher Marrone at a later date in reverence, the aquaintane of Laura Warden, to Laura Warden and Westly Litzler the plaintiff.

We heard nothing from Christopher Marrone until the plaintiff was in the courtroom and the case was to be heard.

When the case was heard the guilty plea was entered and all the original charges stood none were dropped and none were lessened to a misdiminus as was agreed by Christopher Marrone and Monica Farber of the Bucks County District Attorneys Office. The Plaintiff Westly Litzler being given false information and statements by both and railroaded into (4) Felony counts which now deter his ability to seek employment and other civil rights.

A few weeks later the plaintiff received in the mail a checks for Sixteen Hundred and Twenty One Dollars and had to leave messages for his council for 2 weeks to get a answer as to if he should cash and use the check. This check being issued to the plaintiff shows nowhere on the criminal docket which is provided.

Finally Christopher Morrone assured the plaintiff Westley Kifler that the monies were in fact his and he could use them as he pleased.

The Plaintiff had no contact since that time in November 2006 even though there was a order by Judge Robert Mellon for a hearing to Modify Sentence on 16 January 2007 which was scheduled for 07 February 2007. The Plaintiff not notified.

The Hearing was cancelled and a order granting a motion to save the plaintiff pay the additional monies One Thousand Six Hundred and Seventeen Dollars was granted and the plaintiff was not notified either by the Bucks county District attorney Office of by his council Christopher Morrone.

The Plaintiff Westly Ziglar now owes
the monies to the County of Bucks which
he was advised by his council
Christopher Marrone was his to spend.

The Plaintiff found this when
he received notice from a collection
agency in February 2008 and in
pursuit of information found there
is a civil judgement against the
plaintiff in Bucks County 2007-506414-13-6.
As of just a week ago the council
Christopher Marrone continues to proceed
not to communicate with the plaintiff
Westly Ziglar despite efforts to contact
him in regard to a matter which pertains
to the original case and was paid for
in full by the plaintiff Westly Ziglar
a amount over ten thousand Dollars.

The Plaintiff Westly Ziglar seeks
the Six Thousand Six Hundred and
Seventeen Dollars and further damages
for the misrepresentation by his council
Christopher Marrone and the deceptiveness
and deceitfulness directed toward
him by Monica Furber and the Bucks
County District Attorneys office to
include the Investigating officer of

The Falls Township Police Department Officer Martial Belinsky whom did not attempt to interview the plaintiff Westly Rither before filing the felony charges against him. He Martial Belinsky set a appointment for a interview, cancelled and refused contact with the plaintiff to re schedule.

Therefore the plaintiff Westly Rither seeks compensations for restitution, damages for deceptiveness and deceitfullness, false impression by his council and Bucks County District Attorney, mental anguish, malicious intent, conspricy to deprive of his rights, failure to respond in a timely manner or not at all, failure to properly investigate, failure to notify the defendant or in this case the plaintiff and any other damages the court could afford to allow the plaintiff due to the denial of his civil rights as a citizen of the United States.

Sincerely,

Westly W. Rither

Westly W. Rither

# COURT OF COMMON PLEAS OF BUCKS COUNTY

## DOCKET



**Docket Number: CP-09-CR-0004872-2006**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania                                 Page 1 of 10
v.
Westley Retzler

## CASE INFORMATION

<u>Judge Assigned</u>:                                    <u>Date Filed</u>: 07/28/2006      <u>Initiation Date</u>: 05/19/2006
<u>OTN</u>: K3860905                                    <u>Lower Court Docket No</u>: CR-0000306-06
<u>Initial Issuing Authority</u>: Jan Vislosky          <u>Final Issuing Authority</u>: Jan Vislosky
<u>Arresting Agency</u>:  Falls Twp Police Dept         <u>Arresting Officer</u>: Belinsky, Martial
<u>Case Local Number Type(s)</u>                         <u>Case Local Number(s)</u>

## STATUS INFORMATION

Case Status:   Closed

| | Status Date | Processing Status | Complaint Date: | 05/19/2006 |
|---|---|---|---|---|
| | 10/30/2006 | Sentenced/Penalty Imposed | | |
| | 10/30/2006 | Awaiting Sentencing | | |
| | 09/29/2006 | Awaiting Trial | | |
| | 08/25/2006 | Awaiting Pre-Trial Conference | | |
| | 08/24/2006 | Awaiting Formal Arraignment | | |
| | 08/01/2006 | Awaiting Trial | | |
| | 07/28/2006 | Awaiting Formal Arraignment | | |
| | 07/28/2006 | Awaiting Filing of Information | | |

## CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Formal Arraignment | 08/25/2006 | 12:00 pm | 1st Floor, District Attorney's Booth | | Scheduled |
| Trial | 10/03/2006 | 9:00 am | 1st Floor, District Attorney's Booth | | Continued |
| Trial | 10/23/2006 | 9:00 am | 1st Floor, District Attorney's Booth | | Continued |
| Trial | 10/30/2006 | 9:00 am | 1st Floor, District Attorney's Booth | | Scheduled |
| Reconsideration/Modify Sentence | 02/07/2007 | 9:00 am | Courtroom #1 | Judge Kenneth G. Biehn | Cancelled |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial
System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed
data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can
only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record
Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF BUCKS COUNTY

## DOCKET

**Docket Number: CP-09-CR-0004872-2006**

# CRIMINAL DOCKET

**Court Case**



Commonwealth of Pennsylvania

v.

Westley Retzler

Page 2 of 10

## DEFENDANT INFORMATION

<u>Date Of Birth:</u>  10/31/1951    <u>City/State/Zip:</u> Bristol, PA  19007

<u>Alias Name</u>
Retzler, Wes
Retzler, Wesley
Retzler, Westley A.
Retzler, Westley Aaran
Retzler, Westley Aaron
Retzler, Westley Arron

## CASE PARTICIPANTS

| <u>Participant Type</u> | <u>Name</u> |
|---|---|
| Defendant | Retzler, Westley |
| Probation Officer | Gordon, Eric M. |

## BAIL INFORMATION

**Retzler, Westley**                                                                 **Nebbia Status:  None**

| <u>Bail Action</u> | <u>Date</u> | <u>Bail Type</u> | <u>Percentage</u> | <u>Amount</u> | <u>Bail Posting Status</u> | <u>Posting Date</u> |
|---|---|---|---|---|---|---|
| Set | 06/02/2006 | Unsecured | | $75,000.00 | Posted | 06/02/2006 |

## CHARGES

| <u>Seq.</u> | <u>Orig Seq.</u> | <u>Grade</u> | <u>Statute</u> | <u>Statute Description</u> | <u>Offense Date</u> | <u>OTN</u> |
|---|---|---|---|---|---|---|
| 1 | 1 | F3 | **18 § 3922 §§A1** | Theft By Decep-False Impression | 05/29/1999 | K3860905 |
| 2 | 2 | F3 | **18 § 3922 §§A2** | Theft By Decept-Prevent Acqu Of Info | 05/29/1999 | K3860905 |
| 3 | 3 | F3 | **18 § 3925 §§A** | Receiving Stolen Property | 05/29/1999 | K3860905 |
| 4 | 4 | F3 | **18 § 3927 §§A** | Theft By Fail To Make Req Disp Funds | 05/29/1999 | K3860905 |

Printed: 10/29/2008

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF BUCKS COUNTY

## DOCKET



**Docket Number: CP-09-CR-0004872-2006**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

Page 3 of 10

v.

Westley  Retzler

## DISPOSITION SENTENCING/PENALTIES

| Disposition | | |
|---|---|---|
| Case Event | Disposition Date | Final Disposition |
| Sequence/Description | Offense Disposition | Section |
| Sentencing Judge | Sentence Date | Credit For Time Served |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date |
| Sentence Conditions | | |
| Linked Offense - Sentence | Link Type | Linked Docket Number |
| **Lower Court Proceeding (generic)** | | |
| Lower Court Disposition | 07/26/2006 | Not Final |
| 1 / Theft By Decep-False Impression | Waived for Court (Lower Court) | 18§3922§§A1 |
| 2 / Theft By Decept-Prevent Acqu Of Info | Waived for Court (Lower Court) | 18§3922§§A2 |
| 3 / Receiving Stolen Property | Waived for Court (Lower Court) | 18§3925§§A |
| 4 / Theft By Fail To Make Req Disp Funds | Waived for Court (Lower Court) | 18§3927§§A |
| **Proceed to Court** | | |
| Information Filed | 08/24/2006 | Not Final |
| 1 / Theft By Decep-False Impression | Held for Court | 18§3922§§A1 |
| 2 / Theft By Decept-Prevent Acqu Of Info | Held for Court | 18§3922§§A2 |
| 3 / Receiving Stolen Property | Held for Court | 18§3925§§A |
| 4 / Theft By Fail To Make Req Disp Funds | Held for Court | 18§3927§§A |
| **Guilty Plea** | | |
| Trial | 10/30/2006 | Final Disposition |
| 1 / Theft By Decep-False Impression | Guilty Plea | 18§3922§§A1 |
| Biehn, Kenneth G. | 10/30/2006 | |
| Probation | Min of 2.00 Years | 10/31/2006 |
| | Max of 2.00 Years | |
| | 2 Years | |
| Costs | | |
| Restitution | | |
| Rest may be amended. | | |
| 18§3922§§A2 - Probation | Concurrent From Seq. 2 | CP-09-CR-0004872-2006 |
| 2 / Theft By Decept-Prevent Acqu Of Info | Guilty Plea | 18§3922§§A2 |
| Biehn, Kenneth G. | 10/30/2006 | |
| Probation | Min of 2.00 Years | 10/31/2006 |
| | Max of 2.00 Years | |
| | 2 Years | |
| Costs | | |
| Restitution | | |
| Rest may be amended. | | |
| 18§3922§§A1 - Probation | Concurrent To Seq. 1 | CP-09-CR-0004872-2006 |

Printed: 10/29/2008

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF BUCKS COUNTY

## DOCKET



**Docket Number: CP-09-CR-0004872-2006**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Westley  Retzler

Page 4 of 10

## DISPOSITION SENTENCING/PENALTIES

| Disposition | | |
|---|---|---|
| Case Event | Disposition Date | Final Disposition |
| Sequence/Description | Offense Disposition | Section |
| Sentencing Judge | Sentence Date | Credit For Time Served |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date |
| Sentence Conditions | | |
| Linked Offense - Sentence | Link Type | Linked Docket Number |
| | | |
| 3 / Receiving Stolen Property | Guilty Plea | 18§3925§§A |
| Biehn, Kenneth G. | 10/30/2006 | |
| No Further Penalty | | |
| | | |
| 4 / Theft By Fail To Make Req Disp Funds | Guilty Plea | 18§3927§§A |
| Biehn, Kenneth G. | 10/30/2006 | |
| No Further Penalty | | |

## COMMONWEALTH INFORMATION

Name:      Alan M. Rubenstein, Esq.
         District Attorney
Supreme Court No:      014703
Phone Number(s):
     (215) 348-6300      (Phone)
Address:
     Bucks County District Attorney's Office
     4th Floor, Courthouse
     Doylestown PA  18901

## ATTORNEY INFORMATION

Name:      Christopher Marc Marrone, Esq.
         Private
Supreme Court No:      086041
Rep. Status:      Active
Phone Number(s):
     (856) 489-7757      (Phone)
Address:
     Law Offices of Christopher M.
     1910 Route 70 East
     Suite 7
     Cherry Hill NJ  08003

Representing: Retzler, Westley

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF BUCKS COUNTY

## DOCKET

**Docket Number: CP-09-CR-0004872-2006**

# CRIMINAL DOCKET

**Court Case**



Commonwealth of Pennsylvania

v.

Westley  Retzler

## ENTRIES

Page 5 of 10

| Sequence Number | CP Filed Date | Document Date | | Filed By |
|---|---|---|---|---|
| Service To | | Service By | | |
| Issue Date | Service Type | Status Date | | Service Status |

| | | | | |
|---|---|---|---|---|
| 1 | 07/28/2006 | | | |
| Original Papers Received from Lower Court | | | | Court of Common Pleas - Bucks County |
| 1 | 08/24/2006 | | | |
| Information Filed | | | | Commonwealth of Pennsylvania |
| 1 | 08/25/2006 | | | |
| Case Correspondence | | | | Marrone, Christopher Marc |
| 2 | 08/25/2006 | | | |
| Appearance and Waiver of Arraignment | | | | Marrone, Christopher Marc |
| 1 | 08/28/2006 | | | |
| Request for Pre-Trial Discovery | | | | Marrone, Christopher Marc |
| 1 | 09/21/2006 | | | |
| Request for Pretrial Discovery | | | | Bucks County District Attorney's Office |
| 2 | 09/21/2006 | | | |
| Discovery Filed | | | | Bucks County District Attorney's Office |
| 3 | 09/21/2006 | | | |
| Request for Pre-Trial Discovery | | | | Marrone, Christopher Marc |
| 1 | 09/29/2006 | | | |
| C/W request for pre-trial discovery | | | | Bucks County District Attorney's Office |

AOPC 2220 - Rev 10/29/2008

Printed:  10/29/2008

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF BUCKS COUNTY

## DOCKET



**Docket Number: CP-09-CR-0004872-2006**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Westley  Retzler

Page 6 of 10

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | | |
|---|---|---|---|---|
| Service To | | Service By | | Filed By |
| Issue Date | Service Type | Status Date | Service Status | |
| 1 | 10/30/2006 | | | |
| Guilty Plea | | | | |
| | | | | Biehn, Kenneth G. |
| 2 | 10/30/2006 | | | |
| Order - Sentence/Penalty Imposed | | | | |
| | | | | Biehn, Kenneth G. |
| 1 | 11/02/2006 | | | |
| Motion to Modify and/or Amend Sentence to Include Additional Restitution | | | | |
| Fwd for signature. | | | | |
| | | | | Bucks County District Attorney's Office |
| 1 | 11/03/2006 | | | |
| Penalty Assessed | | | | |
| | | | | Court of Common Pleas - Bucks County |
| 1 | 11/20/2006 | | | |
| Penalty Satisfied | | | | |
| | | | | Retzler, Westley |
| 1 | 12/05/2006 | | | |
| Motion Returned to Petitioner for Corrections | | | | |
| Modification of Sentence filed 11/1/06 is returned to Monica Furber,Esq by Court Administration for corrections.  Missing verification, failed to allege name of sentencing judge. | | | | |
| | | | | Bucks County Court Administration |
| 1 | 12/08/2006 | | | |
| Motion to Modify and/or Amend Sentence to Include Additional Restitution | | | | |
| Filed by Monica Furber,DDA. Fwd for signature. | | | | |
| | | | | Bucks County District Attorney's Office |
| 1 | 12/11/2006 | | | |
| Motion to Modify and/or amend sentence filed by Monica W Furber fwd to ct for signature | | | | |
| | | | | Court of Common Pleas - Bucks County |

Printed: 10/29/2008

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF BUCKS COUNTY
## DOCKET



**Docket Number: CP-09-CR-0004872-2006**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania

v.

Westley Retzler

Page 7 of 10

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | |
|---|---|---|---|
| Service To | Service By | | Filed By |
| Issue Date | Service Type | Status Date | Service Status |

| 1 | 12/14/2006 | | |
|---|---|---|---|

Order Revising Restitution

Biehn, Kenneth G.

---

| 1 | 01/16/2007 | | |
|---|---|---|---|

Order Scheduling Hearing

Order dated 1-16-07. It is hereby ordered that a hearing on the CW's Motion to Modify Restitution will be held on 2-7-07 in courtroom #1 at 9:00AM.

Mellon, Robert J.

---

| 2 | 01/16/2007 | | |
|---|---|---|---|

Order Scheduling Hearing

Order dated 1-16-07. It is hereby ordered that a hearing on the CW's Motion to Modify Sentence will be hold on 2-7-07 in courtroom #1 at 9:00AM.

Mellon, Robert J.

---

| 1 | 03/14/2007 | | |
|---|---|---|---|

Order Granting Motion

A check is to be issued in the amount of $656.43 to Barbara G. Riley, Register of Wills with the balance to be disbursed equally between Sherma Warden and Paula Gravier.

Commonwealth of Pennsylvania                                 Biehn, Kenneth G.
03/15/2007
Harrison, Kenneth Glenn
03/15/2007

---

| 1 | 03/15/2007 | | |
|---|---|---|---|

Order Revising Restitution

Previous order dated March 14, 2007 shall be vacated and amended to read as follows: a check in the amount of $1617.21 was distributed in error to the defendant. These funds should have been distributed equally between the victims Sherma Warden and Paula Gravier. It is hereby ordered that the amount of $1617.21 be added as restitution assessment in favor of the victim against the deft. The Clerk of Courts shall notify the deft. that these funds should be paid in full to the court within 30 days.

Commonwealth of Pennsylvania                                 Biehn, Kenneth G.
03/15/2007
Harrison, Kenneth Glenn
03/15/2007

---

AOPC 2220 - Rev 10/29/2008                                                                 Printed: 10/29/2008

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF BUCKS COUNTY

## DOCKET

**Docket Number: CP-09-CR-0004872-2006**

# CRIMINAL DOCKET

**Court Case**



Commonwealth of Pennsylvania

v.

Westley  Retzler

Page 8 of 10

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | |
|---|---|---|---|
| Service To | | Service By | Filed By |
| Issue Date | Service Type | Status Date | Service Status |

Retzler, Westley
03/15/2007

| 1 | 07/25/2007 | | |
|---|---|---|---|
| Entry of Civil Judgment | | | |
| civil docket number 2007-50644-13-6 | | | |
| | | | Smithson, Mary K. |

AOPC 2220 - Rev 10/29/2008

Printed: 10/29/2008

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF BUCKS COUNTY

## DOCKET



**Docket Number: CP-09-CR-0004872-2006**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Westley  Retzler

Page 9 of 10

## CASE FINANCIAL INFORMATION

Last Payment Date:  12/20/2006                                    Total of Last Payment:  ($12,056.43)

| Retzler, Westley<br>Defendant | Assessment | Payments | Adjustments | Non Monetary<br>Payments | Total |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| Bucks Co. Witness Fee (Bucks) | $8.64 | ($8.64) | $0.00 | $0.00 | $0.00 |
| Bucks Co. Witness Fee (Bucks) | $7.94 | ($7.94) | $0.00 | $0.00 | $0.00 |
| State Court Cost (Act 204 of 1976) | $11.09 | ($11.09) | $0.00 | $0.00 | $0.00 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | $16.64 | ($16.64) | $0.00 | $0.00 | $0.00 |
| County Court Costs (Act 204 of 1976) | $24.27 | ($24.27) | $0.00 | $0.00 | $0.00 |
| Crime Victims Compensation (Act 96 of 1984) | $15.00 | ($15.00) | $0.00 | $0.00 | $0.00 |
| Domestic Violence Compensation (Act 44 of 1988) | $10.00 | ($10.00) | $0.00 | $0.00 | $0.00 |
| Victim Witness Services (Act 111 of 1998) | $15.00 | ($15.00) | $0.00 | $0.00 | $0.00 |
| Firearm Education and Training Fund (158 of 1994) | $5.00 | ($5.00) | $0.00 | $0.00 | $0.00 |
| JCP | $8.00 | ($8.00) | $0.00 | $0.00 | $0.00 |
| ATJ | $2.00 | ($2.00) | $0.00 | $0.00 | $0.00 |
| DNA Fund Cost | $250.00 | ($250.00) | $0.00 | $0.00 | $0.00 |
| Misd. & Felony Before Trial (Bucks) | $172.00 | ($172.00) | $0.00 | $0.00 | $0.00 |
| Law Library (Bucks) | $10.00 | ($10.00) | $0.00 | $0.00 | $0.00 |
| Sheriff Fee (Bucks) | $5.00 | ($5.00) | $0.00 | $0.00 | $0.00 |
| Automation Fee (Bucks) | $5.00 | ($5.00) | $0.00 | $0.00 | $0.00 |
| Admin Fee (Bucks) | $27.00 | ($27.00) | $0.00 | $0.00 | $0.00 |
| Information Service Fee (Bucks) | $3.00 | ($3.00) | $0.00 | $0.00 | $0.00 |
| Costs/Fees Totals: | $595.58 | ($595.58) | $0.00 | $0.00 | $0.00 |
| **Restitution** | | | | | |
| Restitution | $4,700.00 | ($4,700.00) | $0.00 | $0.00 | $0.00 |
| Restitution | $4,700.00 | ($4,700.00) | $0.00 | $0.00 | $0.00 |
| Restitution | $2,000.00 | ($2,000.00) | $0.00 | $0.00 | $0.00 |
| Restitution | $656.43 | ($656.43) | $0.00 | $0.00 | $0.00 |
| Restitution | $808.60 | $0.00 | $0.00 | $0.00 | $808.60 |
| Restitution | $808.61 | $0.00 | $0.00 | $0.00 | $808.61 |
| Restitution Totals: | $13,673.64 | ($12,056.43) | $0.00 | $0.00 | $1,617.21 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF BUCKS COUNTY

## DOCKET

**Docket Number: CP-09-CR-0004872-2006**

# CRIMINAL DOCKET

**Court Case**



Commonwealth of Pennsylvania

v.

Westley  Retzler

Page 10 of 10

## CASE FINANCIAL INFORMATION

**Retzler, Westley**
Defendant

| | Assessment | Payments | Adjustments | Non Monetary Payments | Total |
|---|---|---|---|---|---|
| Grand Totals: | $14,269.22 | ($12,652.01) | $0.00 | $0.00 | $1,617.21 |

** - Indicates assessment is subrogated

AOPC 2220 - Rev 10/29/2008

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Accounting & Loan Servicing
211 North Front Street
P.O. Box 15057
Harrisburg, Pennsylvania 17105 5057
Toll Free Within PA (800) 822-7375
(717) 780 3870/TTY (717) 780 1869

March 25, 2008

WESTLEY A RETZLER
LAURA L WARDEN
504 WESTERN AVE
BRISTOL PA 190073034

RE: Loan #645572

Dear WESTLEY A RETZLER:

    As of today's date, your mortgage account is due for two monthly payments, which is unsatisfactory.

    In order to protect your interest in this property, it is necessary for you to contact this office immediately.

                              Respectfully,


                              Collection Department
                              Accounting & Loan Servicing

Pennsylvania Housing Finance Agency
PO. Box 15057
Harrisburg, Pennsylvania 17105-5057
(717)780-3870/TTY (717)780-1869

August 11, 2008

09578 0000193 001
WESTLEY A RETZLER
LAURA L WARDEN
504 WESTERN AVE
BRISTOL, PA 19007

RE:  LOAN #: 0000645572
FHA CASE NUMBER: 441-5312262703
NEXT DUE DATE: July 01, 2008
TOTAL AMOUNT NOW DUE:   $2,087.86
PROPERTY ADDRESS:
    504 WESTERN AVE
    BRISTOL, PA 19007

OLDEST DUE DATE: July 01,2008
MOST RECENT DUE DATE: August 01,2008
Dear Borrower (s):

We want to help you save your home.  If the reason for the failure to pay was due to a temporary situation that will soon be corrected, we may be able to work with you to arrange for repayment on terms you can afford.  Or we may be able to work out another alternative acceptable to you.  Please call PA HOUSING FINANCE AGENCY at 1(800)822-7375 as soon as possible to pursue this option.  Hearing impaired persons can call the TTY number at (717)780-1869.

We have enclosed the pamphlet "How to Avoid Foreclosure", which describes methods to assist you in bringing your mortgage current.  If you are unable to bring your mortgage current, the pamphlet also addresses alternatives to foreclosure.  Foreclosure is the legal means that we may use to take ownership of your home if you do not make your mortgage payments.

We have also enclosed a request for financial information form.  Please complete it and return it to our office address listed at the top of this page.  By completing and returning this form, we will better understand your financial situation and may be able to set up an acceptable re-payment arrangement.

Your mortgage payments of $2,044.00, plus late charges of $21.93, for the months of July and August are past due.  (Additional expenses and/or deferred charges are reflected in the "Total Amount Now Due" listed above.)  If these payments are not received by September 01, 2008, you could lose your home.  If you have already mailed the payments, please accept our thanks.

You should contact us immediatley to discuss your delinquent situation.  You should also contact a HUD-approved Housing Counseling Agency.  A couselor will review your financial situation and may be able to suggest how you can arrange to pay the overdue payments and make timely mortgage payments in the future.  The counselor will also discuss other available options.  To obtain information regarding Housing Counseling Agencies near you, you can telephone (800)569-4287.  Hearing impaired persons can call the TTY number at (717)780-1869.  A list of agencies is also printed on the back of this page.

We want to help you save your home.  Please read the pamphlet carefully.  It could assist you in preventing foreclosure.

Sincerely,

Collections Department

Enclosures:   List of Housing Counseling agencies
              HUD Pamphlet PA-426-H
              Request For Financial Information Form

PHFA Loan #: 0000645572

# Pennsylvania Housing Finance Agency

P.O. Box 15057
Harrisburg, PA
17105-5057

# MORTGAGE LOAN STATEMENT

| | |
|---|---|
| STATEMENT DATE: | 09/18/08 |
| LOAN NUMBER: | 645572 |

PROPERTY ADDRESS:
504 WESTERN AVE
BRISTOL PA  19007-3034

| | |
|---|---|
| Interest Rate: | 7.300% |
| Current Principal Balance: | $67,337.73 |
| Escrow Balance: | $1,900.53 |
| Year To Date Interest: | $3,723.86 |
| CURRENT PAYMENT DUE: | $1,022.00 |

19427-002272-001
WESTLEY A RETZLER
LAURA L WARDEN
504 WESTERN AVE
BRISTOL PA  19007-3034

| | |
|---|---|
| Delinquent Payment(s): | $1,022.00 |
| Deferred Late Charge(s): | $186.30 |
| Other Fees Due: | $60.00 |
| Less Unapplied Funds: | $158.58 |
| PAST DUE PAYMENT(S): | $1,109.72 |
| TOTAL AMOUNT DUE: | $2,131.72 |
| PAYMENT DUE DATE: | 10/01/08 |

## TRANSACTIONS SINCE LAST STATEMENT

| Transaction Date | Description | Due Date | Amount | Principal | Interest | Escrow | Late Charge | Misc Fees |
|---|---|---|---|---|---|---|---|---|
| 09/04/08 | PAYMENT/DEFER LATE CHARGE | 08/01/08 | 1022.00 | 137.70 | 410.48 | 473.82 | 0.00 | 0.00 |
| 09/08/08 | FHA MIP | 08/01/08 | 27.19 | 0.00 | 0.00 | 27.19 | 0.00 | 0.00 |

LATE FEE INCLUDED WITH "MISC FEES"

Your mortgage payment has not been received.  All payments are due on the first of the month.  Please contact this office Monday-Friday 8AM to 5PM.  Loans that are 30 days or more past due are reported negatively to the Credit Bureau.  An inspector may be sent to your house to determine it"s value, occupancy and to discuss your delinquency if we do not hear from you.  Please contact us.  Ask about Quick Collect.

Please forward any tax bills you receive to PHFA as soon as possible so that we may pay them within the discount period. Do NOT include the tax bill with your mortgage payment. See reverse side of statement for address.

Please forward any insurance bills you receive to PHFA as soon as possible so that there will be no interruption of your coverage. Do NOT include the insurance bill with your payment. See reverse side of statement for address.

635-2014-0606F

### DETACH AT PERFORATION AND RETURN THIS PORTION WITH PAYMENT

Make Checks Payable To:  PHFA

## PAYMENT COUPON

LOAN NUMBER:  645572

WESTLEY A RETZLER
LAURA L WARDEN

| | DUE ON OR BEFORE 10/01/08 | DUE IF RECEIVED AFTER 10/16/08 |
|---|---|---|
| CURRENT PAYMENT DUE | $1,022.00 | $1,043.93 |
| PAST DUE PAYMENT(S) | $1,109.72 | $1,109.72 |
| TOTAL AMOUNT DUE | $2,131.72 | $2,153.65 |

PENNSYLVANIA HOUSING FINANCE AGENCY
P.O. BOX 642572
PITTSBURGH PA 15264-2572

| | |
|---|---|
| ADDITIONAL PRINCIPAL | $ _____ |
| ADDITIONAL ESCROW | $ _____ |
| TOTAL AMOUNT ENCLOSED | $ _____ |

0000645572 0102200 0104393 1001085

*David E. Davis*
**Attorney at Law**
**PO Box 1735 · Newtown, PA 18940**
**(215) 364-1011 · Fax (215) 364-2617**

August 15, 2008

Mr. Westley A. Retzler
Ms. Laura L. Warden
504 Western Avenue
Bristol, PA 19007

RE: Account 21948-B
    Mortgaged Premises: 504 Western Avenue, Bristol, PA 19007
    **NOTICE OF INTENTION TO FORECLOSE A RESIDENTIAL MORTGAGE**

Dear Mr. Retzler and Ms. Warden:

The mortgage held by Bucks First Federal Credit Union on your property located at 504 Western Avenue, Bristol, PA, **IS IN DEFAULT** because you have failed to make the monthly payments of $634.40 as due. The total amount required to cure this default, or in other words, get caught up on your payments, as of August 15, 2008, was $1,952.90 that includes the $50.00 attorney fee.

You must cure this default within thirty (30) days, of the date of this letter, by paying to the Credit Union the amount of $1,952.90, plus your next regular monthly payment of $634.40 is due on September 8, 2008, if payment is not made before then.

If you do not cure this default within thirty (30) days, the Credit Union intends to exercise its right to accelerate the mortgage payments. This means that whatever is owed on the original amount borrowed will be considered due immediately and you may lose the chance to pay off the original mortgage in monthly installments. If full payment of the amount due in not made within thirty (30) days, the Credit Union has instructed this office to start a lawsuit to foreclose on your mortgaged property. If the mortgage is foreclosed, your mortgaged property will be sold by the sheriff to pay off the mortgage debt.

If you cure the default before the legal proceedings are begun against you, you will still have to pay the reasonable attorneys' fees actually incurred. Any attorneys' fees will be added to whatever you owe the Credit Union, which may also include reasonable costs.

The Credit Union may also sue you personally for the unpaid principal balance and all other sums due under the mortgage. If you have not cured the default within the thirty day period and mortgage foreclosure proceedings have begun, you have the right to cure the default and

1

*David E. Davis*
**Attorney at Law**

August 15, 2008

prevent the sale at any time up to one hour before the sheriff's foreclosure sale. You may do so by paying the total amount of the unpaid monthly payments plus any late charges and other charges then due, as well as the reasonable attorneys' fees and costs connected with the foreclosure sale, and perform any requirements under the mortgage. It is estimated that the earliest date that such a sheriff's sale could be held would be in December 2008. A notice of the date of the sale will be sent to you before the sale.

You should realize that a sheriff's sale will end your ownership of the mortgaged property and your right to remain in it. If you continue to live in the property after the sheriff's sale, a lawsuit will be started to evict you.

You have additional rights to help protect your interest in the property. **YOU HAVE THE RIGHT TO SELL THE PROPERTY TO OBTAIN MONEY TO PAY OFF THE MORTGAGE DEBT, OR TO BORRROW MONEY FROM ANOTHER LENDING INSTITUTION TO PAY OF THIS DEBT. YOU MAY HAVE THE RIGHT TO SELL OR TRANSFER THE PROPERTY SUBJECT TO THIS MORTGAGE TO A BUYER OR TRANSFEREE WHO WILL ASSUME THE MORTGAGE DEBT, PROVIDED THAT ALL THE OUTSTANDING PAYMENTS, CHARGES AND ATTORNEY'S FEES AND COSTS ARE PAID PRIOR TO OR AT THE TIME OF SALE; AND THAT ALL OTHER REQUIREMENTS UNDER THE MORTRGAGE ARE SATISFIED. CONTACT THE CREDIT UNION TO DETERMINE UNDER WHAT CIRCUMSTANCES THIS RIGHT MIGHT EXIST. YOU HAVE THE RIGHT TO HAVE THIS DEFAULT CURED BY ANY THIRD PARTY ACTING ON YOUR BEHALF.**

If you cure this default, the mortgage will be restored to the same position as if no default had occurred, however you are not entitled to this right to cure your default more than three times in any calendar year.

You may contact this office with any questions regarding this notice.

Sincerely,

David E. Davis, Esquire
Attorney for Bucks First Federal Credit Union

DED/ed
Cc: Mr. Glenn A. Styer, Bucks First Federal Credit Union

CERTIFIED MAIL, RETURN RECEIPT (7007 1490 0005 0116 7316) to Mr. Retzler
CERTIFIED MAIL, RETURN RECEIPT (7007 1490 0005 0116 7323) to Ms. Warden
and REGULAR MAIL to both parties

2

UTILITY ARRANGEMENTS ENTRY

| ACCOUNT # | SFX | TC | TRAN AMOUNT | REF # |
|-----------|-----|----|----|----|
| 21948 | | | | 21948    0    BRANCH    0 |
| | | | | WESTLEY A. RETZLER |
| | | | | 504 WESTERN AVE. |
| | | | | BRISTOL, PA  19007 |
| | | | | |
| | | | | 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 10-31-1951 |
| CASH | | | | LAURA L WARDEN |
| CHECK | | | | MAIL CODE: CO    PHONE: 215 785-0154 |
| | | | | SPL: |

PHOTO
"NO SERVICES-LOAN 25 DAYS DELINQUENT!!!!!!!!!!"
P/R

LAT 121205 P
STOP! $E 020408 S

| SFX | SHARE BAL | AVAIL BAL | T C | LOAN BAL | REG PMT | CL | PAYOFF | DUE DATE | PAST DUE | #DY |
|-----|-----------|-----------|-----|----------|---------|----|--------|----------|----------|-----|
| A | 5.00 | .00 | | | | | | | | |
| X | CLOSED | | X | | | | | | | |
| B | | | M | 43165.14 | 634.30 | RE | 43586.93 | 05/08/08 | 1757.02 | 82 |
| C | CLOSED | | Z | | | | | | | |

(?) for more suffixes
ONLINE | C332 | PAGE 1

**Page 1**
**Name:** WESTLEY A RETZLER
**Service Address:** 504 WESTERN AV, BRISTOL
**Phone Number:** 215-785-0154
**Account Number:** 92091-01809
**Issue Date:** 06/03/2008

## General Information

Next scheduled meter reading: **June 30, 2008**
**Payment Information:** PECO Energy, 2301 Market St, Philadelphia, PA, 19101, walk-in business hours Monday through Friday 8:30AM to 5:00PM. For additional payment options, go to www.peco.com/ehome. If you have any questions or concerns, please call **1-800-494-4000** before the due date.
**To pay by phone, call 1-877-432-9384. (A convenience fee will apply.)**

Si tiene alguna pregunta, favor de llamar al numero **1-800-494-4000** antes de la fecha de vencimiento.

## Other Basic Charges

| | |
|---|---:|
| Budget bill charges from previous bill | $32.10 |
| Budget bill charges from previous bill | $122.43 |
| Deposit | $ 191.16 |
| Charges from previous bill | $1,689.11 |
| Late payment charge | $37.16 |
| **Total other charges** | **$1,689.64** |
| **Total amount due** | **$1,689.64** |

## Message Center

* * * Final Bill * * *

To learn more about the new bill format, please visit www.pecoservice.com.

Late payment charges will continue until bill is paid.

---

When paying in person, please bring the entire bill.

Return only this portion with your check made payable to PECO. Please write your account number on your check.

**PECO.**
An Exelon Company

☐ **Check here to enroll in Power Pay automatic account debit and complete form on reverse side.**

☐ **Check here to pledge a donation to NEAF and complete form on reverse side.**

To pay by phone call **1-877-432-9384**
A convenience fee will apply.

92091 0180 90000 0000

547 1 AV 0.324 0647/000847/001298 003 01 0XXPFX      I 09042008
WESTLEY A RETZLER
504 WESTERN AV
BRISTOL, PA  19007-3034

Account Number        Payment Receipt
**92091-01809**

Payment



Please pay this
amount by 06/25/2008        $1,689

00000000000000168911

PECO ENERGY · PAYMENT PROCESSING
PO BOX 37629
PHILADELPHIA,        PA 19101



92091018090001689648177168964?



**WESLEY RETZLER**
**0504 WESTERN AVE**
**BRISTOL, PA 19007-3034**

Account Number

**000326525 0326525**
BRISTOL

| Aqua Pennsylvania, Inc. | Tel: **877.987.2782** | Questions about your water service?... Contact us before the due date. |
| --- | --- | --- |
| 762 W. Lancaster Avenue | Fax: **866.780.8292** | Bill Date | Total Amount Due | Due Date |
| Bryn Mawr, PA 19010-3489 | e Mail: custserv@aquaamerica.com | **September 04, 2008** | **$ 226.22** | **September 26, 2008** |

## Meter Data

| | Meter | Size | Billing Period | Days | Read Type | Meter Readings | | Usage | Units |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 56556596 | 5/8 | 09/02/08 | 32 | Actual | 602500 | | 1,800 | Gallons |
| | | | 08/01/08 | | Actual | 600700 | | | |
| Average Daily Usage = 56 Gallons | | | Total Days: | 32 | | | Total Usage: | 1,800 | Gallons |

## Billing Detail

| | |
| --- | --- |
| Amount Owed from Last Bill ............................... | $ 200.39 |
| Total Payments Received.................................... | 0.00 |
| **Balance**................................................................ | **200.39** |
| Customer Charge................................................ | 13.15 |
| 1,800 gallons @ $0.007047 per gallon................. | 12.68 |
| Total Water Charges........................................... | 25.83 |
| **Amount Due 09/26/08** ..................................... | **$ 226.22** |

## Water Usage History



Read Types: ■ **Actual** [] **Estimated** $ **Customer**

## Message Center

- Please note your account number is a 16-digit number. The full 16-digits must be provided to ensure correct posting of your Aqua payment.
- Always remember to ask for a photo ID from anyone who claims to be a water company employee or contractor before allowing them access to your home. Aqua employees carry color photo ID cards with the Aqua Pennsylvania logo prominently displayed. If at any time you feel threatened, don't let the visitor in and contact the police immediately.

1101300                    **IMPORTANT NOTICE: SEE REVERSE SIDE FOR OTHER INFORMATION**                    PA1090001

 **Water Bill**

Return this portion with your payment.
Keep top portion for your records.

Service To:
**WESLEY RETZLER**
**0504 WESTERN AVE**
**BRISTOL, PA 19007-3034**

**Aqua Pennsylvania, Inc.**
762 W. Lancaster Avenue ● Bryn Mawr, PA 19010-3489

Account Number
**000326525 0326525**

| Total Amount Due | Due Date |
| --- | --- |
| **$ 226.22** | **September 26, 2008** |

Seq=10866 Cyc=2002 1up=638432          0326525

Amount Enclosed

$

```
******AUTO**5-DIGIT 19007 C 29 P 34
WESLEY RETZLER
504 WESTERN AVE
BRISTOL PA 19007-3034
```

Please make check payable to Aqua PA.
Print your account number on your check,
then mail to address on back.

000326525032652500000000226220



D 1-2

# Cavalier

3300 North Pace Boulevard   Pensacola, FL 325055148

Return Service Requested

| | |
|---|---|
| Statement Date | 10/2/2008 |
| Account | 3657649 |
| Amount Due | $192.72 |
| **\*Current Charges Due** | **10/27/2008** |
| Amount Enclosed: | _____ |

   

**To pay by credit card, please call (800) 609-2799**
or visit us online at www.cavtel.com/paymybill

Remit Payment To:

746800625& PRESORT 3DG P1 C28 <B>
625& 1 AT 0.346

WESTLEY RETZLER
504 WESTERN AVE
BRISTOL PA 19007-3034

Cavalier Telephone
P.O. Box 9001111
Louisville, KY 40290-1111

13902157850150140000210360000019272000000365764920081002 3

Please detach here and return above portion with payment. Make checks payable to **Cavalier** and note your phone number or account number on your check.
This bill was prepared on **10/2/2008**. A late payment charge will apply to any amounts not received by 10/27/2008
Any past due balance is considered delinquent and should have been paid prior to the new statement date. Please remit past due balance immediately.

Statement Date: October 2, 2008          Account Number: 3657649                \*Current Charges Due: October 27, 2008

| | | |
|---|---|---|
| Previous Balance | $ | 210.36 |
| Payments | $ | -110.00 |
| Adjustments | $ | 0.00 |
| **Past Due Balance** | $ | 100.36 |

**\* Past Due Charges are due immediately and are subject to further collection activity**

| | | |
|---|---|---|
| Current Charges | $ | 90.86 |
| Finance Charge (1.50 percent)/Late Fee | $ | 1.50 |
| | $ | 92.36 |
| **Total Amount Due** | $ | 192.72 |



| **Important Messages** |
|---|



# Forget something?
## Your payment
## is past due...

Pay online at
**cavtel.com/paymybill**
or call **800.609.2799** today!

The USF contribution rate for the 4th quarter 2008 stayed at 11.4%.

*[handwritten notes: PAID 27 OCTOBER 2008 #100.36 VISA CHECK CARD # LAURA WARDOW AGENT 8 (SEE NOTES)]*

Page # 1 of 6



SEWER RENTAL BILL

RETURN THIS PORTION WITH YOUR PAYMENT

SERVICE ADDRESS: 504 WESTERN AVE

| BILL DATE | ACCOUNT NO. |
|---|---|
| 07/09/08 | 261657 |
| DUE DATE | TOTAL DUE |
| 08/11/08 | 1,699.07 |

WESLEY RETZLER
504 WESTERN AVE
BRISTOL, PA 19007

BRISTOL TOWNSHIP SEWER DEPARTMENT
MUNICIPAL BUILDING
2501 BATH ROAD•BRISTOL, PA 19007

| FROM: | 07/01/08 | ACCT NO | 261657 |
|---|---|---|---|
| TO: | 09/30/08 | | |

SERVICE ADDRESS: 504 WESTERN AVE

Tax Parcel #: 05-058-034

| DESCRIPTION | AMOUNT |
|---|---|
| ARREARS | 1,623.37 |
| SEWER CHARGE | 75.70 |

| DUE DATE | TOTAL DUE |
|---|---|
| 08/11/08 | 1,699.07 |

STATE FARM INSURANCE COMPANIES
State Farm Mutual Automobile Insurance Company

One State Farm Dr
Concordville PA 19339

**AUTO RENEWAL**

| POLICY NUMBER | 801 3495-C03-38O |
|---|---|
| POLICY PERIOD | SEP 03 2008 to MAR 03 2009 |

*** Your policy has the Guaranteed Renewal Endorsement. ***

| DATE DUE | PLEASE PAY THIS AMOUNT |
|---|---|
| SEP 03 2008 | $497.20 |

AT2          221B -6143   A
004756
RETZLER, WESTLEY A
504 WESTERN AVE
BRISTOL PA 19007-3034

Your premium has already been adjusted
by the following

**Premium Reductions(by vehicle)**

| 3,4 | Multicar | 81.64 |
|---|---|---|
| 4 | Accident-Free | 75.43 |

---

*Your premium is based on the following . . . If not correct, contact your agent.*

| 3 | 1976 CHRYSLER CORDOBA | 3S22K6R239483 |
|---|---|---|
| 4 | 1988 PLYMOUTH RELIANT | 1P3BP46D4JC184266 |

---

See policy for explanation of coverages.

| | Vehicle 3 | Vehicle 4 | |
|---|---|---|---|
| Property Damage 25,000 | 383.13 | 154.12 | |
| | Included | Included | |
| Funeral Benefits 2,500 | | 18.40 | |
| | | .80 | |
| Emergency Road Service | | 66.58 | |
| | 1.80 | 1.80 | |
| Underinsured Motorist Bodily Injury 25,000/50,000 | 26.54 | 24.42 | |
| | | 66.35 | |
| Loss of Income 1,000/5,000 | | 1.20 | |
| | | 6.78 | |
| Total Premium Per Vehicle | $156.75 | $340.45 | |

Amount Due $497.20

---

**THIS POLICY PROVIDES FULL TORT OPTION.**

The laws of the Commonwealth of Pennsylvania, as enacted by the General Assembly, only require that you purchase liability and first-party medical benefit coverages. Any additional coverages or coverages in excess of the limits required by law are provided only at your request as enhancements to basic coverages. The premium for basic liability coverage of $15,000/30,000/5,000 is $209.27 and medical payments coverage of $5,000 is $72.92.

Based on your driving record, you have our Accident-Free Discount for preferred customers

*Thanks for letting us serve you.*

Agent        TOM MCLAUGHLIN
Telephone    (215)785-1400

49 7554 4262

RGIS
INVENTORY
SPECIALISTS
2000 E. Taylor Rd., Auburn Hills MI 48326

PLEASE DETACH AND RETAIN THIS EARNINGS
AND DEDUCTIONS STATEMENT FOR YOUR RECORDS

| EMPLOYEE NAME | | | | | | |
|---|---|---|---|---|---|---|
| Mr. Westley Retzler | | SOCIAL SECURITY NUMBER 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 | EMPLOYER NUMBER 7047681331 | ORGANIZATION D203 | | |
| PERIOD START 07-JAN-2006 | PERIOD END 20 JAN 2006 | PAYMENT DATE 27-JAN-2006 | CHECK NUMBER 1465614 | HOURLY RATE 9.00 | | |
| FEDERAL FILING STATUS Single | | FEDERAL ALLOWANCES 0 | STATE FILING STATUS Not Used (PA) | STATE ALLOWANCES 0 | | |

| EARNINGS | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | YEAR-TO-DATE | DESCRIPTION | AMOUNT | YEAR-TO-DATE |
| Week 1 In Stor | 27 10 | 243 90 | 243 90 | FIT | 26 80 | 32 |
| Week 2 In Stor | 14 00 | 126 00 | 282 60 | MEDICARE | 5 36 | 7 |
| | | | | SS | 22 93 | 32 |
| | | | | (PA) SIT | 11 36 | 16 |
| | | | | (PA) SUI | 0 33 | 0 |

| SUMMARIES: | CURRENT | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 369 90 | 526 50 |
| PRE TAX DEDUCTIONS | 0 00 | 0 00 |
| TAX DEDUCTIONS | 66 78 | 89 18 |
| OTHER DEDUCTIONS | 0 00 | 0 00 |
| NET PAY | 303 12 | 437 32 |

RGIS
INVENTORY
SPECIALISTS
2000 E. Taylor Rd., Auburn Hills, MI 48326

No. 1465614

| CHECK DATE | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|
| 27 JAN 2006 | 1465614 | 303 12 |

PAY Three Hundred Three Dollars And 12 Cents ∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗

TO THE
ORDER OF

Mr Westley Retzler
504 Western Avenue
Bristol PA 19007

Void after 90 days
RGIS Inventory Specialists
Payroll Account

Bank One Michigan

Michael A. Nicolet

⑈000⑈465614⑈ ⑈072⑈4⑈972⑈ 000905175⑈

PLEASE DETACH AND RETAIN THIS EARNINGS
AND DEDUCTIONS STATEMENT FOR YOUR RECORDS

| EMPLOYEE NAME | | | | SOCIAL SECURITY NUMBER | EMPLOYEE NUMBER | | ORGANIZATION |
|---|---|---|---|---|---|---|---|
| Mr. Westley Retzler | | | | 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 | 7047681331 | | D203 |
| PERIOD START | PERIOD END | | PAYMENT DATE | CHECK NUMBER | | | HOURLY RATE |
| 21-JAN-2006 | 03-FEB-2006 | | 10 FEB 2006 | 1476006 | | | 9.00 |
| FEDERAL FILING STATUS | | | FEDERAL ALLOWANCES | STATE FILING STATUS | | | STATE ALLOWANCES |
| Single | | | 0 | Not Used (PA) | | | 0 |

**EARNINGS**

| DESCRIPTION | HOURS | AMOUNT | YEAR-TO-DATE |
|---|---|---|---|
| Week 1 In Stor | 0.00 | 0.00 | 243.90 |
| Week 2 In Stor | 4.50 | 40.50 | 323.10 |

**DEDUCTIONS**

| DESCRIPTION | AMOUNT | YEAR TO DATE |
|---|---|---|
| FIT | 0.00 | 32.27 |
| MEDICARE | 0.59 | 8.22 |
| SS | 2.51 | 35.15 |
| (PA) SIT | 1.24 | 17.41 |
| (PA) SUI | 0.04 | 0.51 |

**SUMMARIES:**

| | CURRENT | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 40.50 | 567.00 |
| PRE TAX DEDUCTIONS | 0.00 | 0.00 |
| TAX DEDUCTIONS | 4.38 | 93.56 |
| OTHER DEDUCTIONS | 0.00 | 0.00 |
| NET PAY | 36.12 | 473.44 |

---

# RGIS INVENTORY SPECIALISTS

2000 E. Taylor Rd., Auburn Hills, MI 48326

No. 1476006

| CHECK DATE | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|
| 10-FEB-2006 | 1476006 | 36.12 |

**PAY** Thirty-Six Dollars And 12 Cents**********************************

TO THE
ORDER OF

Mr. Westley Retzler
504 Western Avenue
Bristol PA 19007

Void after 90 days
RGIS Inventory Specialists
Payroll Account

Michael A. Nichols

Bank One  Michigan

⑆0001476006⑆ ⑈072412927⑈ 000905476⑆